# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JEFFERY S. STEVENS,

    Petitioner,

    v.

JERRY HOWELL, *et al.*,

    Respondents.

Case No. 2:19-cv-00949-KJD-VCF

**ORDER GRANTING MOTION FOR EXTENSION OF TIME (ECF NO. 9)**

In this habeas corpus action, the respondents were due to file a response to Jeffrey S. Stevens' habeas petition by September 19, 2019. *See* Order entered June 21, 2019 (ECF No. 6).

On September 16, 2019, Respondents filed a motion for extension of time (ECF No. 9), requesting a 46-day extension of time, to November 4, 2019, to file their response. Respondents' counsel states that the extension of time is necessary because of the time it has taken to obtain the state court record.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///

///

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 9) is **GRANTED**. Respondents will have until and including **November 4, 2019**, to respond to the petition for writ of habeas corpus.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered June 21, 2019 (ECF No. 6) will remain in effect (Petitioner will have 60 days to file a response to a motion to dismiss, or 60 days to file a reply to an answer).

DATED THIS 19 day of September, 2019.

KENT J. DAWSON,
UNITED STATES DISTRICT JUDGE