# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY S. STEVENS,<br><br>    Petitioner,<br><br>v.<br><br>JERRY HOWELL, *et al.*,<br><br>    Respondents. | Case No. 2:19-cv-00949-KJD-VCF<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 22)** |

In this habeas corpus action, the respondents were due to file an answer no later than July 21, 2020. *See* Order entered April 22, 2020 (ECF No. 21) (90 days for answer).

On July 15, 2020, Respondents filed a motion for extension of time (ECF No. 22), requesting an extension of 62 days, to September 21, 2020, for their answer. Respondents' counsel states that the extension of time is necessary because of various delays caused by the COVID-19 pandemic and because of her obligations in other cases.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 22) is **GRANTED**. Respondents will have until and including **September 21, 2020**, to file their answer.

///

///

///

///

///

1

1 **IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered June 21, 2019 (ECF No. 6) will remain in effect (Petitioner will have 60 days to file a reply to the answer).

Dated this 15 day of July, 2020.

_____
KENT J. DAWSON,
UNITED STATES DISTRICT JUDGE

2